**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| WILLIAM SANDBANK, | ) | |
| Plaintiff, | ) | |
| v. | ) | 3:12-cv-539-RCJ-WGC |
| WASHOE COUNTY SCHOOL DISTRICT, et al., | ) | **ORDER** |
| Defendants. | ) | |

Currently before the Court is Defendants' Request for Entry of Judgment (#21). On May 28, 2013, this Court entered an order granting Defendants' Motion to Dismiss the Complaint (#13) in its entirety with prejudice. (Order (#20) at 11). This Court dismissed the first, second, and third causes of action for failure to state a claim under Federal Rule of Civil Procedure 12(b)(6) without leave to amend. (*Id.*). This Court also dismissed the fourth and fifth causes of action for lack of jurisdiction because the Court declined to exercise supplemental jurisdiction over the state law claims. There are no remaining causes of action in this case. The Clerk of the Court is directed to enter judgment accordingly.

**CONCLUSION**

For the foregoing reasons, the Clerk of the Court shall enter judgment in this case.

Dated this 3rd day of December 2013.

_____
United States District Judge